

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| THE STATE OF TEXAS, | | No. 08-14-00011-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 7 |
| | § | |
| ISELA DOMINGUEZ, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 20110C10845) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment.  We therefore reverse the trial court's order granting motion for new trial and reinstate Appellant's conviction, in accordance with this Court's opinion.  We further order this decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF JULY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.